660

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

186 So. 922

#### John NELSON v. STATE.
#### 7 Div. 454.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

184 So. 919

#### Cas. NESMITH v. STATE.
#### 8 Div. 729.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 919

#### Tom NEWMAN v. CITY OF EUFAULA.
#### 4 Div. 453.

Court of Appeals of Alabama.
Nov. 29, 1938.

BRICKEN, Presiding Judge.
Affirmed.

186 So. 922

#### Arl NICHOLAS v. STATE.
#### 7 Div. 404.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

181 So. 922

#### Ben NICHOLS v. STATE.
#### 8 Div. 642.

Court of Appeals of Alabama.
May 24, 1938.

Fred S. Parnell, of Florence, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 924

#### Alfred NOLAN v. STATE.
#### 6 Div. 221.

Court of Appeals of Alabama.
Dec. 7, 1937.

RICE, Judge.
Affirmed.